# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ISMAEL HERNANDEZ PADILLA, | ) | |
|     ID #356764, | ) | |
|         Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:18-CV-549-M-BH |
| | ) | |
| LORIE DAVIS, Director, | ) | |
| Texas Department of Criminal | ) | |
| Justice, Correctional Institutions | ) | |
| Division, et al., | ) | Referred to U.S. Magistrate Judge |
|         Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing for plain error all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, this action will be summarily dismissed as barred by 28 U.S.C. § 1915(g).

**SIGNED this 3rd day of April, 2018.**

BARBARA M. G. LYNN
CHIEF JUDGE